IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| North American Company for Life and Health Insurance, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Alisha D. Jones and Joseph E. Schriber, ) <br> ) <br> Defendants. ) | C/A No.: 0:21-4094-CMC-SVH <br><br> ORDER |

On June 16, 2022, Plaintiff filed a motion to deposit funds, for attorney's fees, and for dismissal with prejudice ("Motion"). [ECF No. 31]. In the Motion, Plaintiff seeks the following: 1) the court's authorization to deposit the $100,000.00 proceeds of Plaintiff's life insurance policy number LE00034249 with the court pending this court's final decision regarding the proper beneficiaries under the policy; 2) the court's order releasing Plaintiff from any further liability under the policy; 3) the court order Plaintiff be awarded $12,831.50 in attorney's fees and costs; and 4) the court's order dismissing Plaintiff from this case with prejudice.

TO DEFENDANTS:

*Your Responsibility to Respond to the Pending Motion to Deposit Proceeds, Grant Attorney's Fees, and Dismiss Plaintiff from the Case*

Because Defendants are appearing pro se, the court issues this "*Roseboro* Order"[1] to advise all litigants of the court's dismissal procedures and of the possible consequences if you fail to adequately respond to the pending Motion. Please carefully review this information.

---

[1] The court enters this order in accordance with *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975) (requiring the court provide explanation of dismissal procedures to pro se litigants).

You have until August 4, 2022, to file any response you wish to make in opposition to the pending Motion. If you fail to respond adequately, the court may grant the pending Motion, which may affect your rights in this case by awarding attorney's fees and costs to Plaintiff, allowing Plaintiff to deposit the policy proceeds with the court, and dismissing Plaintiff from this case without any further liability to any of you. Please note, however, that the court's ruling on the pending motion will not include a final ruling regarding how the Policy proceeds are to be distributed.

Your filing in opposition to the pending Motion should be labeled or captioned as "Response to Motion to Dismiss," and should include your legal argument addressing why the court should not grant the Motion to award Plaintiff's requested attorney's fees and costs, and absolve Plaintiff's liability under the policy and its participation in this case.

       IT IS SO ORDERED.

July 5, 2022                                                                 Shiva V. Hodges
Columbia, South Carolina                                      United States Magistrate Judge