IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| North American Company for Life and Health Insurance, | C/A No.: 0:21-4094-CMC-SVH |
| Plaintiff, | |
| vs. | ORDER |
| Alisha D. Jones and Joseph E. Schrider, | |
| Defendants. | |

This action was filed December 20, 2022. [ECF No. 1]. Pursuant to the Scheduling Order entered by the court on February 28, 2022, discovery was to be completed by June 28, 2022, with dispositive motions, if any, to be filed by no later than July 28, 2022. [ECF No. 19]. These deadlines have now expired.

Because the discovery deadlines in this case have passed and no dispositive motions were filed, this case is ready for trial. The Clerk is hereby directed to forward the file to the United States District Judge for trial.

IT IS SO ORDERED.

August 24, 2022
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge